UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
M.Y.,                                              )
                                                   )
                       Plaintiff,                  )        14-CV-04191 (LTS)(GWG)
                                                   )
    -against-                                      )        ORDER FOR ADMISSION
                                                   )        <u>PRO HAC VICE ON WRITTEN MOTION</u>
UNITEDHEALTHCARE INSURANCE                         )
COMPANY OF NEW YORK,                               )
                                                   )        ECF Case
                                                   )
                       Defendants.                 )
-----------------------------------------------------------X

The motion of Lisa S. Kantor for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that she is a member in good standing of the California State Bar; and that her contact information is as follows:

> Lisa S. Kantor, Esq. State Bar No. 110678
> **KANTOR & KANTOR, LLP**
> 19839 Nordhoff Street
> Northridge, CA 91324
> Telephone: (818) 886-2525
> lkantor@kantorlaw.net

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Plaintiff M.Y., in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject of the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: September 16 2014
       New York, New York

_____
United States District/Magistrate Judge

[SDC SDNY DOCUMENT ELECTRONICALLY FILED  DATE FILED: SEP 16 2014]