

19839 NORDHOFF STREET • NORTHRIDGE • CA 91324
TEL (818) 886-2525 • FAX (818) 350-6272
WWW.KANTORLAW.NET

November 20, 2014

<u>Via Facsimile ((212) 805-4268)</u>

Hon. Gabriel W. Gorenstein
United States Magistrate Judge
United States District Court for the
Southern District of New York
500 Pearl St., Courtroom 6B
New York, NY 10007

   Re: *M.Y. v. UnitedHealthcare Ins. Co. of New York*
     Case No. 14-cv-4191(LTS)(GWG)

Dear Judge Gorenstein:

This office represents the plaintiff, M.Y., in the above-referenced action.

We write to request a continuance of the settlement conference set for December 1, 2014 at 10:00 a.m. to January 28, 2015 at 10:00 a.m. We have conferred with defense counsel, who consents to the continuance.

No previous requests to continue this conference have been made, and this continuance will not affect any previously scheduled dates.

Thank you for your consideration.

             Respectfully submitted,

             Peter S. Sessions, Esq.
             Kantor & Kantor LLP

cc: Michael H. Bernstein, Esq.
   Scott M. Riemer, Esq.